AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 28 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>ALONSO FLORES-ARROYO<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:23-mj-65-BWR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 27, 2023  in the county of  Hancock  in the
Southern District of  MS, Southern Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)(A) | Possession of a Firearm by an Illegal Alien |

This criminal complaint is based on these facts:
See Affidavit, which is attached hereto and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joshua Cola, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/28/2023

_____
*Judge's signature*

City and state: Gulfport, Mississippi       Bradley W. Rath, U.S. Magistrate Judge
*Printed name and title*

STATE OF MISSISSIPPI           )
COUNTY OF HARRISON             )
SOUTHERN DISTRICT OF MISSISSIPPI )

## AFFIDAVIT FOR FEDERAL CRIMINAL COMPLAINT

### Probable Cause

I, Joshua S. Cola, being duly sworn and deposed, state the following:

I have been employed as a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since January 2018. Prior to employment with ATF, I was employed with the Unites States Secret Service as a Uniformed Division Officer. I obtained a Bachelor of Science Degree in Criminal Justice from Southern University in Baton Rouge, Louisiana. I am a graduate of the Federal Law Enforcement Training Center's Uniformed Police Training Program, Criminal Investigator Training Program, ATF Special Agent Basic Training, and the Transportation Security Administration Counterterrorism Program. I have attended the United States Secret Service Counter-Sniper School in Beltsville, Maryland. As an ATF Agent, I am empowered to investigate violations of Federal Firearms, Arson and Explosive Laws. During my tenure with ATF I have been involved in various capacities with numerous investigations involving the possession and use of firearms by person within the United States without proper immigration documents.

Based upon my own personal knowledge and information I have received from agents and officers of the Hancock County Sheriff's Department, the Department of Homeland Security (DHS), and the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), I am aware of the following facts.

1. On or about June 26, 2023, at about 10:19 p.m., the Hancock County Sheriff's Department received a call from a complainant who stated she was being followed by her former boyfriend, Alonso FLORES-ARROYO. The complainant also advised dispatch, that FLORES-ARROYO was driving a white Chevrolet Tahoe and he had threatened to kill her. Deputies responded to the area of Kiln Delisle Road and Highway 603 in Hancock County, Mississippi for a Bolo (be on the lookout) on FLORES-ARROYO. Deputies later noticed a white Chevrolet Tahoe following the vehicle driven by the complainant.

2. Deputies conducted a vehicle stop on a 2011 Chevrolet Tahoe bearing a certain Mississippi License Plate Number at the intersection of Kiln Delisle Road and Highway 43. The deputy smelled a strong odor of marijuana emanating from the vehicle. Deputies asked FLORES-ARROYO for identification and if there were anything illegal inside of the vehicle. FLORES-ARROYO did not have a valid driver's license and provided deputies with a Mexican Consular identification card. FLORES-ARROYO also advised the deputy that he is an illegal alien to the U.S. and that there was a shotgun on the back seat of the vehicle.

3. The deputy requested for FLORES-ARROYO to exit the vehicle. Supporting deputies responded and assisted with a probable cause search of the vehicle. Deputies located three grams

of suspected marijuana and a grinder wedged in between the driver's seat and the center console. Deputies also located a plastic bag containing a white powdery substance that appeared to be cocaine and an Escort, Model Slugger, 12-gauge shotgun, Serial Number: 805251 behind the driver's seat. The shotgun was loaded with four rounds of ammunition. FLORES-ARROYO was subsequently arrested for possession of marijuana and drug paraphernalia and transported to the Hancock County jail.

4. ATF SA Joshua Cola received certain immigration records held by the Department of Homeland Security which reflect FLORES-ARROYO is present within the United States illegally. The Department of Homeland Security placed a detainer on FLORES-ARROYO pending his court appearances in Hancock County.

5. On June 27, 2023, SA Cola spoke with ATF SA Shane Lynes, who is certified as an ATF interstate nexus examiner concerning the recovered firearm. Based upon his training and experience, SA Lynes determined that the above-referenced firearm, is in-fact a firearm and that it was not manufactured in the State of Mississippi. Therefore, the firearm would have moved in or affected interstate and/or foreign commerce in order to be physically located within the State of Mississippi.

Based on the foregoing facts and circumstances, your affiant believes that probable cause exists to show that Alonso FLORES-ARROYO violated Federal Firearms Laws in that he violated Title 18, U.S.C., Sections 922(g)(5)(A) and 924(a)(8) – Possession of a Firearm by a Person in the United States Illegally.

Further your affiant sayeth not.

Joshua Cola, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn and subscribed to me
this the  28th  day of June 2023.

Bradley W. Rath
United States Magistrate Judge